# United States Court of Appeals
### For the Eighth Circuit

_____

No. 17-2320
_____

Victoria L. Haynes

*Plaintiff - Appellant*

v.

Jack Wagoner, III; Wagoner Law Firm, P.A.

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Eastern District of Arkansas - Jonesboro

_____

Submitted: May 30, 2018
Filed: June 4, 2018
[Unpublished]

_____

Before WOLLMAN, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Victoria L. Haynes appeals the district court's[1] dismissal of her diversity legal malpractice action as barred by the applicable statute of limitations. Upon de novo

_____

[1]The Honorable Brian S. Miller, Chief Judge, United States District Court for the Eastern District of Arkansas.

review, <u>see</u> <u>Dittmer Properties, L.P. v. FDIC</u>, 708 F.3d 1011, 1016 (8th Cir. 2013) standard of review for dismissal based on failure to state claim); <u>Sloan v. Motorists Mut. Ins. Co.</u>, 368 F.3d 853, 854 (8th Cir. 2004) (standard of review for district court's application of state law in diversity case), we agree that the action is time-barred.  The judgment is affirmed.  <u>See</u> 8th Cir. R. 47B.

_____